```
                                          FILED
                                     U.S. DISTRICT COURT
                                        AUGUSTA DIV.

                                     20 MAY 18 PM 4:24

                                     CLERK  J. Hodge
                                      SO. DIST. OF GA.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RAKEIM JAQUIN HILLSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-030 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| TICANION HARVEY; MATTHEW | ) | |
| BRILEY; TOREY KARARHERS; | ) | |
| JENNY WILLIAM; CORE CIVIC; | ) | |
| PITTMAN HERMAN; and | ) | |
| VANCE LAUGHLIN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and ~~CLOSES~~ this civil action.

SO ORDERED this 18th day of May, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE